Del Carmen & Mangal, P.C.
87-87 Francis Lewis Blvd., 2nd Fl.
Queens Village, NY 11427
Phone:(718) 464-4448
Fax: (718) 464-0034
Tamara Ann L. Del Carmen, Esq.
Attorneys for
Defendant Alexander Dy

| | |
|---|---|
| HENRY PETERS AND PAMELA PETERS, | : UNITED STATES DISTRICT<br>: COURT DISTRICT OF NEW JERSEY<br>: |
| Plaintiffs, | : Case No. 07-CV-2210 (KSH-PS)<br>: |
| v. | : CIVIL ACTION |
| ROLAND DAVID, NATIONAL COMMERCIAL BUSINESS CREDIT; R. DAVID & ASSOCIATES PA, LLC; FINANCIAL SERVICES GROUP, LLC; CREDIT MANAGEMENT & RECOVERY SERVICES, INC.; GOLDSTAR MORTGAGE; ALEXANDER DY; PNC BANK; CAROL ZAGORIC; JOANNE RAGGI; FGC COMMERICAL MORTGAGE FINANCE; JOURNEYMAN TITLE AGENCY, INC.; CHICAGO TITLE INSURANCE COMPANY; LYNN LAZARO; JOHN DOE 1 through 10; and XYZ INC., ten names being fictitious and unknown to the plaintiffs, the person or parties intended being the persons or parties, if any, | : :<br>: :<br>: :<br>: : DEFENDANT ALEXANDER DY'S<br>: NOTICE OF MOTION<br>: FOR RECONSIDERATION<br>: :<br>: :<br>: :<br>: : |
| Defendants. | : |

TO: Shmuel Klein, P.C.
    113 Cedarhill Avenue
    Mahwah, New Jersey 07430

PLEASE TAKE NOTICE that on September 7, 2010 at 9:00 a.m. or on a date and time set by the Court as soon thereafter as counsel may be heard, the undersigned, counsel for Defendant Alexander Dy, shall move before the Honorable Katharine S. Hayden, U.S.D.J., for the District Court of New Jersey, at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, and shall move this Court for reconsideration and modification of the Opinion and Order of the Honorable Katherine S. Hayden, filed on July 29, 2010, pursuant to Local Rule 7.1, and such other relief as the court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in support of the within motion, Movant Dy shall rely upon the accompanying brief, exhibits, and certifications, together with all the pleadings and papers filed in this action, and on whatever argument and evidence may be presented at the hearing. A proposed form of Order is annexed.

Any opposition to Dy's Motion for Reconsideration must be filed in accordance with the Federal Rules of Civil Procedure and Local Rule 7.1.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

                                        Respectfully submitted,

                                        DEL CARMEN & MANGAL, P.C.
                                        Attorney for Defendant
                                        Alexander Dy

                                        <u>/s/ Tamara Ann L. Del Carmen</u>
                                        Tamara Ann L. Del Carmen
                                        87-87 Francis Lewis Boulevard
                                        2nd Floor
                                        Queens Village, NY 11427
                                        Tel: (718) 464-4448
                                        Fax: (718) 464-0034

Date: August 11, 2010