# LAW OFFICE OF SHMUEL KLEIN, PC
## ATTORNEYS AND COUNSELORS AT LAW
113 CEDARHILL AVENUE
MAHWAH, NJ 07430
(201) 529-3411

August 13, 2010

Tamara Ann L. Del Carmen
Del Carmen & Mangal Pc
87-87 Francis Lewis Boulevard
2nd Floor
Queens Village, NY 11427

Re: Peters v. Ronald David et. al
Case No. 07-2210

Dear Ms. Carmen;

Herewith we ask that you withdraw your Motion for Reconsideration.  Your motion violates Rule 11. If you fail to do so, our office may file a Motion for Sanctions against you.

Sincerely,

/s/Shmuel Klein
Shmuel Klein

SK/JF