# LAW OFFICE OF SHMUEL KLEIN, PC
**Attoney at Law**
**113 CEDARHILL AVENUE**
**MAHWAH, NJ 07430**
**(201) 529-3411**

Honorable Katharine S.Hayden,  September 14, 2010
Room PO 05
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE:   Peters v. Roland David, et al.
      Case Nos. 07-2210 and 09-3774

Honorable Katharine S.Hayden,

I am in receipt of a request for a Default Judgment against Roland David by Defendant Alexandar Dy.

In lieu of a more formal application, Plaintiff respectfully joins Defendant Dy and requests Judgment against Roland David for his default.

Respectfully Yours,

/s/ Shmuel Klein
Shmuel Klein

Cc's: Del Carmen & Mangal, PC
 87-87 Francis Lewis Blvd. - 2nd Floor
 Queens Village, New York 11427

R. DAVID & ASSOCIATES, PA, LLC
R & DAVID ASSOCIATES
OCTAGON 10 OFFICE CENTER
1719 ROUTE 10 EAST, STE. 313
PARSIPPANY, NJ 07054