UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Henry Peters, et al.,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Roland David, et al.<br>　　　　　Defendants. | Civ. No. 07-2210 (KSH)<br><br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

　　Defendant's attorney has notified the Court by letter filed on March 9, 2011(D.E.138) that her client, Alexander Dy, has filed for bankruptcy in the Eastern District of New York on December 30, 2010.  Insofar as proceedings before the United States Bankruptcy Court  may become dispositive of the litigation here pending,

　　It is on this 25th day of March 2011,

　　**ORDERED** that the Clerk administratively terminate the action in his records as to defendant, **Alexander Dy,** without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.


　　　　　　　　　　　　　　　　　　　　/s/ Katharine S. Hayden
　　　　　　　　　　　　　　　　　　　　Katharine S. Hayden, U.S.D.J.