UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HENRY PETERS, et al.,

      Plaintiffs,

      v.

ROLAND DAVID, et al.,

      Defendants.

Civil Action No. 07-2210 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

    This matter having come before the Court by way of motion by defendant Alexander Dy ("Dy") [D.E. 134] for entry of default judgment against cross-defendant Roland David;

    and the Court previously having ordered [D.E. 139] the administrative termination of Dy from this case in light of Dy's filing for bankruptcy in the Eastern District of New York on December 30, 2010;

    and the Court mindful of the need to efficiently manage its docket;

    It is on this 11th day of April 2011,

    **ORDERED** that the Clerk administratively terminate defendant Dy's motion for default judgment [D.E. 134].

April 8th, 2011

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.