UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HENRY PETERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROLAND DAVID, et al.,<br><br>　　　　Defendants. | Civil Action No. 07-2210 (KSH)<br><br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

　　This matter having come before the Court by way of motion by defendant Alexander Dy ("Dy") [D.E. 134] for entry of default judgment against cross-defendant Roland David;

　　and the Court previously having ordered [D.E. 139] the administrative termination of Dy from this case in light of Dy's filing for bankruptcy in the Eastern District of New York on December 30, 2010;

　　and the Court mindful of the need to efficiently manage its docket;

　　It is on this 11th day of April 2011,

　　**ORDERED** that the Clerk administratively terminate defendant Dy's motion for default judgment [D.E. 134].

April 8th, 2011

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.