# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

HENRY PETERS AND PAMELA PETERS,
      *Plaintiffs*,

v.

ROLAND DAVID, et al.,
      *Defendants*.

Civ. Action No. 07-2210 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

    The Court is in receipt of the parties' joint submission of their proposed jury voir dire and proposed jury instructions, which were filed in partial response to directions in the Court's order of July 10, 2012 [D.E. 150]. Upon review of the submission, the Court requires the following revisions.

1. As stated in the July 10th order, the Court is prepared to schedule a jury trial that, after jury selection, will last one day of trial testimony and introduction of evidence, allocated one half day for each side. The parties' submission improperly states that the trial will last four days. Counsel are advised that the July 10th order remains in effect.

2. As to the proposed jury voir dire that was submitted, the Court will use its own standard personal background questions. Counsel may jointly resubmit no more than 10 case specific questions.

3. Counsel has failed to provide a jury verdict sheet as directed. Counsel shall promptly confer with one another, draft, and submit a proposed jury verdict sheet for the jury's use in rendering its verdict.

4. As to the jury instructions that were submitted, counsel provided jury instructions by copy-and-pasting model charges without tailoring the instructions to the issues in dispute. Counsel must resubmit clear and concise jury instructions that are tailored to the issues relevant to this case, removing all superfluous boilerplate language and citations. Counsel are reminded that the Court provides printed jury instructions to each juror for use during deliberations; the drafting of final text and preparation of a sufficient number of copies are counsel's responsibility. What has been submitted does not constitute usable working text to serve as a predicate for the charge conference and the ultimate production of an acceptable set of jury instructions.

5. Within the part of the submission that is labeled "Joint Proposed Jury Instructions," the parties include a section of "allegations/facts." Counsel are to furnish the Court with an explanation as to how they expect this submission will be used at trial.

6. The parties must resubmit their materials no later than September 14, 2012; no extensions will be granted.

**SO ORDERED** this 15th day of August, 2012.

Katharine S. Hayden  
Katharine S. Hayden, U.S.D.J.