# LAW OFFICES OF
# DEL CARMEN & MANGAL, PC

| | | |
|---|---|---|
| Tamara del Carmen, Esq.* | 71-58 Austin St., Ste 101 | Telephone: (718) 464-4448 |
| Yovendra Mangal, Esq. ^ | Forest Hills, New York 11375 | Facsimile: (718) 464-0034 |
| | | Writer's E-mail Address: |
| *Admitted in NY & NJ Bar | 1133 Broadway, Suite 708 | dcmlaws@gmail.com |
| ^Admitted in NY Bar | New York, New York 10010 | www.dcmlaws.com |

August 16, 2012

Honorable Katharine S. Hayden
Room PO 05
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   Peters v. Roland David, et. al
      Case No. 07-2210

Dear Honorable Katharine S. Hayden:

   There was no joint submission of the proposed jury voir dire and proposed jury instructions. Our office was never contacted by plaintiff's attorney to prepare and/or review any joint submissions. Any proposed jury voir dire and jury instructions were prepared and submitted solely by plaintiff's attorney. Moreover, our office never received a copy of the proposed submissions.
   We respectfully request that the Plaintiff's proposed jury voir dire and proposed jury instructions be stricken, and that a joint proposed jury voir dire, verdict sheet and jury instructions be submitted to the Court by September 14, 2012 pursuant to Orders of this Court dated July 10, 2012 and August 15, 2012.

                                        Respectfully submitted,

                                        s/Tamara Ann L. Del Carmen
                                        Tamara Ann L. Del Carmen

cc: Shmuel Klein, P.C. via CM/ECF system