# Law Office of Shmuel Klein, PC

Attorneys and Counselors at Law
113 Cedarhill Ave.
Mahwah, NJ 07430
(201) 529-3411

September 11, 2012


Honorable Katharine S. Hayden
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE:    Peters v. Roland David,et al.   Case No. 07-2210

Dear Judge Hayden,

This is a Joint request whereby we are each respectfully requesting an adjournment for our appearances regarding the above referenced case.  For the last two days, both myself and Ms DelCarmen have worked at complying with your Honors Order in working toward a Joint Jury Instructions, etc.

We each have pre-schedule appearances in other Courts tomorrow, September 12, 2012; In Re Neves 11-40715 NJ Bkrp and Ms DelCarmen Vasqueez v Acorn et al #20112/08 Kings Supreme.

Request is made to excuse us for the morning and we shall continue to work toward the submission deadline of Friday, which we fully expect to comply with; and we expect to re-appear to complete Thursday, September 13, 2012 and that our appearances be excused tomorrow September 12, 2012.

Respectfully,

/s/ Shmuel Klein
Shmuel Klein, counsel for Peters

/s/
Tamara Ann l. Del Carmen representing Alexander Dy