LAW OFFICES OF

# DEL CARMEN & MANGAL, PC

Tamara del Carmen, Esq.*  71-58 Austin St., Ste 101  Telephone: (718) 464-4448
Yovendra Mangal, Esq. ^  Forest Hills, New York 11375  Facsimile: (718) 464-0034

Writer's E-mail Address:
*Admitted in NY & NJ Bar  1133 Broadway, Suite 708  dcmlaws@gmail.com
^Admitted in NY Bar  New York, New York 10010

June 4, 2013

Honorable Katharine S. Hayden
Room PO 05
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  Peters v. Roland David, et. al
     Case No. 07-2210

Dear Honorable Katharine S. Hayden:

   Please be advised that the defendant Alexander Dy's bankruptcy case was closed on May 21, 2013, Case No. 1-10-52097-jf in the Eastern District Bankruptcy Court. The above-referenced lawsuit was listed in Mr. Dy's bankruptcy. Therefore, the above-referenced lawsuit is moot against Mr. Alexander Dy.

                              Respectfully submitted,

                              s/Tamara Ann L. Del Carmen
                              Tamara Ann L. Del Carmen


cc: Shmuel Klein, P.C. via CM/ECF system