# BLEICHMAN & KLEIN
## ATTORNEYS AND COUNSELORS AT LAW

| | |
|---|---|
| **268 Route 59 West** | **113 Cedarhill Ave.** |
| **Spring Valley, N.Y. 10977** | **Mahwah, N.J. 07430** |
| **Office (845)425-2510** | **Office 201-529-3411** |
| Joshua N. Bleichman, Esq. | Shmuel Klein, Esq. |
| New York & Federal Courts | New Jersey & Federal Courts |
| BleichmanKlein@yahoo.com | BleichmanKlein@yahoo.com |

June 6, 2013

Honorable Judge Katharine S. Hayden
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Peters vs. Roland David, et al
Case No. 07-2210

Dear Honorable Judge Katharine S Hayden,

With reference to the above captioned matter, I as the attorney for the defendant Pamela Peters believe that Mrs. Tamara Ann L. Del Carmen should be sanctioned. She has omitted the fact that a motion to reopen the case, is pending before the bankruptcy court.

Respectfully,

s/     Shmuel Klein
Shmuel Klein

CC: Tamara Del Carmen, Esq.
Del Carmen & Mangal, P.C
71-58 Austin St.,Ste 101
Forest Hills, New York