UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HENRY PETERS AND PAMELA PETERS,

*Plaintiffs*,

    v.

ROLAND DAVID, et al.,

*Defendants*.

Civil Action No. 07-2210 (KSH)

**Order**

    For the reasons expressed in the opinion filed herewith,

    **IT IS** on this 16th day of September 2013,

    **ORDERED** that summary judgment is granted in favor of defendant Dy on count 1 of the complaint, the Truth in Lending Act (15 U.S.C § 1601 et seq.) claim; and it is further

    **ORDERED** that the remaining state-law claims and counterclaims are dismissed without prejudice; and it further

    **ORDERED** that the Clerk of the Court is directed to close the case.

                                            /s/ Katharine S. Hayden
                                            Katharine S. Hayden, U.S.D.J.