United States District Court
for the District Of New Jersey

PAMELA PETERS,
*Plaintiff*,

v.

ROLAND DAVID, et al.,
*Defendants*.

Civil No.: 07-2210 (KSH)

**Final Order**

      The Court having received counsel for plaintiff's letter of September 17, 2013 [D.E. 176] requesting that the Court determine the "judgment amount" of the default judgment entered against defendant Roland David [D.E. 147]; and

      The Court having ordered the parties to submit certifications setting forth their calculations of damages due them by Roland David, and having directed these submissions to be "filed with the Clerk of the Court on or before noon on Friday, September 27, 2013" [D.E. 177]; and

      Counsel for defendant Alexander Dy having filed an unsupported "Statement of Damages" [D.E. 178] signed by counsel, the contents of which do not conform to the requirements of the Local Civil Rules or the Federal Rules of Civil Procedure; and

      Counsel for plaintiff Pamela Peters having failed to submit, within the time period provided by this Court, any documents respecting plaintiff's calculation of damages, and not having sought an extension of time for filing, and thereby being conclusively out of time to make such a filing; and

      The Court thereby concluding that neither plaintiff nor defendant has procedurally demonstrated an entitlement to money damages from this Court on their state claims against

1

Roland David; and the Court further concluding on the basis of its rulings that substantive relief shall not be provided on the parties' claims against defendant David [*see* D.E. 169, 175–75 (the Court has ruled against plaintiff on all of the federal claims and has otherwise declined to exercise supplemental jurisdiction)],

**IT IS** on this 8th day of October, 2013,

**ORDERED** that this matter is reopened for the limited purpose of filing the within order; and, all matters having been decided, this case shall be closed by the Clerk.

        /s/ Katharine S. Hayden
        Katharine S. Hayden, U.S.D.J.